(No. 2761, Feb. 28, 1924. Rehearing Denied March 26, 1924.)

## JACKSON et al. v. STATE TAX COMMISSION et al.

### SYLLABUS BY THE COURT.

The case of N. M. Abreu et al. v. State Tax Commission, 224 Pac. 479, this day decided, cited and followed.

Appeal from District Court, Colfax County; Leib, Judge.

Action by T. J. Jackson and others against the State Tax Commission and others. From the judgment rendered, the former appeal. Affirmed.

H. A. Kiker and H. L. Bickley, both of Raton, for appellants.

O. L. Phillips, of Santa Fe, for appellees.

### OPINION OF THE COURT.

BRATTON, J. This is an action in equity instituted by T. J. Jackson and others, to have their grazing lands situated in Colfax county reduced for taxation purposes for the year 1920, from $3.75, as fixed by the state tax commission, to $2.75 per acre. The orders of the tax commission involved here are the same

as were involved in N. M. Abreu et al. v. State Tax Commission, 224 Pac. 479, this day decided by us. The lower court disposed of this case as it did that one. The question of law involved here are the same as we decided in that case. Upon the authority of our decision there rendered, the judgment of the lower court should be affirmed, and it is so ordered.

PARKER, C. J., and BOTTS, J., concur.